UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

v.                                      DOCKET No. 07 CR 1147 (HB)

SAM WANG
a/k/a HWA SHAN WANG
-------------------------------------------------------------X

TO:  The Clerk of the Court


PLEASE TAKE NOTICE that I have been retained to represent the above-captioned defendant in this matter in substitution for present counsel.  I was admitted to practice in the State of New York in 1979 and in this Court in March, 1987.

Dated:  New York, NY
        December 21, 2007

                                                /S
                                        _____
                                        Joel S. Cohen (JC6998)
                                        Joel S. Cohen, P.C.
                                        11 East Broadway, Suite 8
                                        New York, NY 10038
                                        Tel:    212-571-8899
                                        Fax:    212-571-9557
                                        Email:  jcesq99@aol.com