⹁AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN    DISTRICT OF    NEW YORK

United States of America

v.

Hussein Ali Nasser, et al.

**APPEARANCE**

Case Number: 07 Cr. 1147 (HB)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

The United States of America

I certify that I am admitted to practice in this court.

March 10, 2008
Date

*Signature*

Sharon E. Frase
Print Name

SF-4906
Bar Number

U.S. Attorney's Office, One Saint Andrew's Plaza
Address

New York, New York 10007
City    State    Zip Code

(212) 637-2329
Phone Number

(212) 637-0421
Fax Number